UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )  NO. 08 MJ 234 JLA
)
JORGE VALERIO )

REMOVAL ORDER

This matter arises out of the defendant in this case, JORGE VALERIO, in the District of Massachusetts pursuant to a warrant issued by the United States District Court for the Middle District of Florida. The warrant was based on an alleged violation of 21 U.S.C. §§846, 841(a)(1), and 841(b)(1)(B)(ii)(II) charged in a criminal complaint. At the defendant's initial appearance before this Court on July 9, 2008, the government moved for removal pursuant to Fed. R. Crim. P. 5 and for detention pending removal pursuant to 18 U.S.C. §§ 3142(f)(1)(C) and 3142(f)(2)(a). At that time the defendant waived his right to a detention hearing and to an identify hearing pursuant to Fed. R. Crim. P. 5(c)(3)(D)(ii). WHEREFORE, it is hereby ORDERED that the defendant be held to answer in the Middle District of Florida and that he be detained pending his removal to that district.

7/9/08
DATE

HON. JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

1